IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY R. WEBER and JAMIE R. BUTCHER-WEBER, derivatively and on behalf of NEWELL BRANDS INC., <br><br>                    Plaintiffs, <br><br> v. <br><br> MICHAEL B. POLK, JOHN K. STIPANCICH, SCOTT H. GARBER, BRADFORD R. TURNER, MICHAEL T. COWHIG, THOMAS E. CLARKE, KEVIN C. CONROY, SCOTT S. COWEN, DOMENICO DE SOLE, CYNTHIA A. MONTGOMERY, CHRISTOPHER D. O'LEARY, JOSE IGNACIO PEREZ-LIZAUR, MICHAEL A. TODMAN, RAYMOND G. VIAULT, MARTIN E. FRANKLIN, IAN G. H. ASHKEN, ROS L'ESPERANCE, JAMES L. CUNNINGHAM III, PATRICK D. CAMPBELL, BRIDGET RYAN BERMAN, JAMES R. CRAIGIE, BRETT ICAHN, JAY L. JOHNSON, GERADO I. LOPEZ, COURTNEY R. MATHER, RAVI SALIGRAM, JUDITH A. SPRIESER, ROBERT A. STEELE, STEVEN J. STROBEL, <br><br>                    Defendants, <br><br> and <br><br> NEWELL BRANDS INC., <br><br>                    Nominal Defendant. | No. 1:20-cv-01792-CFC |

**JOINT STIPULATION AND [PROPOSED] ORDER
STAYING CASE PENDING RESOLUTION OF THE
THE RELATED SECURITIES CLASS ACTIONS**

WHEREAS, on December 30, 2020, Plaintiffs Larry R. Weber and Jamie E. Butcher-Weber ("Plaintiffs") filed a shareholder derivative action on behalf of nominal defendant Newell Brands, Inc. ("Newell" or the "Company") in this Court alleging breaches of fiduciary duty

{MDSUW0183184.}

and waste of corporate assets against defendants Michael B. Polk, John K. Stipancich, Scott H. Garber, Bradford R. Turner, Michael T. Cowhig, Thomas E. Clarke, Kevin C. Conroy, Scott S. Cowen, Domenico De Sole, Cynthia A. Montgomery, Christopher D. O'Leary, Jose Ignacio Perez-Lizaur, Michael A. Todman, Raymond G. Viault, Martin E. Franklin, Ian G. H. Ashken, Ros L'Esperance, James L. Cunningham III, Patrick D. Campbell, Bridget Ryan Berman, James R. Craigie, Brett Icahn, Jay L. Johnson, Gerado I. Lopez, Courtney R. Mather, Ravi Saligram, Judith A. Sprieser, Robert A. Steele, and Steven J. Strobel (collectively, the "Individual Defendants" and together with Newell, the "Defendants"), captioned *Weber v. Polk, et al.*, Case No. 1:20-cv-01792-CFC (the "*Weber* Action").

WHEREAS, the parties hereby jointly stipulate to stay the *Weber* Action until and through the resolution of the related securities class actions that were filed against Newell and certain of the Individual Defendants, captioned (1) *In re Newell Brands, Inc. Securities Litigation*, Civil Action No. 18-cv-10878 (JMV) (JBC), in the United States District Court for the District of New Jersey; and (2) *Oklahoma Firefighters Pension and Retirement System v. Newell Brands Inc., et al.*, Civil Action No. HUD-L-003492-18, in the Superior Court of New Jersey, Hudson County (collectively, the "Securities Class Actions").

WHEREAS, this joint stipulation will promote the efficient and orderly administration of justice by coordinating the *Weber* Action with the Securities Class Actions.

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The *Weber* Action (including all discovery) shall be stayed until 30 days after the final disposition of the Securities Class Actions.

2. If the stay of proceedings is lifted, the parties shall meet and confer within 30 days

and submit a proposed scheduling order governing further proceedings in the *Weber* Action, including the date by which Defendants must answer or otherwise plead.

3. Defendants shall promptly provide Plaintiffs with copies of all written discovery, including but not limited to document production, deposition transcripts, requests and demands for discovery and responses thereto, that were or will be produced (and to be promptly informed of any that will be produced) to the plaintiffs in the State Securities Class Action, in the Federal Securities Class Action, to any purported plaintiff in any related derivative lawsuits, or to any purported shareholder of Newell in response to a related books and records demand; Defendants shall produce to Plaintiffs all of the foregoing documents to the extent that Plaintiffs exercise their right within 30 days of the date that Plaintiffs exercise their right, subject to the meet and confer obligation in Paragraph 4 as long as Defendants meet and confer within 7 days of the date that Plaintiffs request to meet and confer.

4. Prior to the production of any documents by Defendants to Plaintiffs, the parties shall meet and confer regarding the appropriate scope of any production; notwithstanding the agreement to meet and confer, should the parties not agree to a reduced scope of production, Defendants shall produce all documents requested by Plaintiffs pursuant to the preceding paragraph.

5. Prior to the production of any documents by Defendants to Plaintiffs, the parties shall enter into a confidentiality agreement and/or protective order.

6. The parties shall promptly notify each other of any related derivative lawsuits that they become aware of.

7. If the plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Plaintiffs may lift the agreed-upon stay upon 30-days' written notice to Defendants.

8. Defendants shall include Plaintiffs in any mediation with the plaintiffs in either of the Securities Class Actions and shall include Plaintiffs in any mediation with any purported plaintiff in any related derivative lawsuit.

9. Notwithstanding this stay of the *Weber* Action, Plaintiffs may file an amended complaint during the pendency of the stay. Defendants shall be under no obligation to respond to any such complaint while the *Weber* Action is stayed, unless otherwise ordered by the Court.

10. After the stay is lifted, Defendants shall not move to stay the *Weber* Action in deference to another derivative action.

**IT IS SO STIPULATED.**

Dated: March 17, 2021

MCCOLLOM D' EMILIO SMITH UEBLER LLC

By: */s/ Thomas A. Uebler*
Thomas A. Uebler (Bar No. 5074)
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, DE 19808
Telephone: (302) 469-5960

OF COUNSEL:

**KAHN SWITCK & FOTI, LLC**
Melinda A. Nicholson
Nicolas Kravitz (Bar No. 6107)
Eda Ayrim Walker
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400

**NEWMAN FERRARA LLP**
Roger Sachar
1250 Broadway
27th Floor
New York, NY 10001
Telephone: (212) 619-5400

*Counsel for Plaintiffs Larry R. Weber and Jamie E. Butcher-Weber*

Dated: March 17, 2021　　　　　　　　**RICHARDS LAYTON & FINGER, PA**

　　　　　　　　　　　　　　　　　　By: /s/ *Travis S. Hunter*
　　　　　　　　　　　　　　　　　　　　Travis S. Hunter
　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 651-7564
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 651-7701
　　　　　　　　　　　　　　　　　　　　Email: hunter@rlf.com

　　　　　　　　　　　　　　　　　　　　OF COUNSEL:

　　　　　　　　　　　　　　　　　　　　B. Warren Pope
　　　　　　　　　　　　　　　　　　　　Bethany M. Rezek
　　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　　　　1180 Peachtree Street, NE
　　　　　　　　　　　　　　　　　　　　Atlanta, GA  30309
　　　　　　　　　　　　　　　　　　　　Telephone: (404) 572-4600
　　　　　　　　　　　　　　　　　　　　Facsimile: (404) 572-5100
　　　　　　　　　　　　　　　　　　　　Email: wpope@kslaw.com
　　　　　　　　　　　　　　　　　　　　Email: brezek@kslaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Michael B. Polk, John K. Stipancich, Scott H. Garber, Bradford R. Turner, Michael T. Cowhig, Thomas E. Clarke, Kevin C. Conroy, Scott S. Cowen, Domenico De Sole, Cynthia A. Montgomery, Christopher D. O'Leary, Jose Ignacio Perez-Lizaur, Michael A. Todman, Raymond G. Viault, James L. Cunningham III, Patrick D. Campbell, Bridget Ryan Berman, James R. Craigie, Brett Icahn, Jay L. Johnson, Gerado I. Lopez, Courtney R. Mather, Ravi Saligram, Judith A. Sprieser, Robert A. Steele, and Steven J. Strobel*

Dated: March 17, 2021    **GREENBERG TRAURIG, LLP**

By:   /s/ *Steven T. Margolin*
Steven T. Margolin
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7376
Facsimile: (302) 661-7360
Email: margolins@gtlaw.com

OF COUNSEL:

Joel M. Eads
Kathleen M. Kline
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone: (215) 988-7856
Facsimile: (215) 988-7801
Email: eadsj@gtlaw.com
Email: klineka@gtlaw.com

*Counsel for Defendants Ian G.H. Ashken, Martin E. Franklin and Ros L'Esperance*

## [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: __3·19·21__        _____
                                            HONORABLE COLM F. CONNOLLY
                                            UNITED STATES DISTRICT COURT