IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY R. WEBER and JAMIE R. BUTCHER-WEBER, derivatively and on behalf of NEWELL BRANDS INC.,<br><br>                      Plaintiffs,<br><br>   v.<br><br>MICHAEL B. POLK, JOHN K. STIPANCICH, SCOTT H. GARBER, BRADFORD R. TURNER, MICHAEL T. COWHIG, THOMAS E. CLARKE, KEVIN C. CONROY, SCOTT S. COWEN, DOMENICO DE SOLE, CYNTHIA A. MONTGOMERY, CHRISTOPHER D. O'LEARY, JOSE IGNACIO PEREZ-LIZAUR, MICHAEL A. TODMAN, RAYMOND G. VIAULT, MARTIN E. FRANKLIN, IAN G. H. ASHKEN, ROS L'ESPERANCE, JAMES L. CUNNINGHAM III, PATRICK D. CAMPBELL, BRIDGET RYAN BERMAN, JAMES R. CRAIGIE, BRETT ICAHN, JAY L. JOHNSON, GERADO I. LOPEZ, COURTNEY R. MATHER, RAVI SALIGRAM, JUDITH A. SPRIESER, ROBERT A. STEELE, STEVEN J. STROBEL,<br><br>                      Defendants,<br><br>   and<br><br>NEWELL BRANDS INC.,<br><br>                      Nominal Defendant. | No. 1:20-cv-01792-CFC |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER**
**DISMISSING ACTION WITH PREJUDICE**

      The Parties, through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree as follows:

WHEREAS, in December 2020, Plaintiffs commenced the above-captioned action ("the Action") against Defendants in this Court;

WHEREAS, a putative derivative lawsuit asserting substantially similar claims to those asserted in the Action was also filed in the Superior Court of New Jersey Law Division: Hudson County (the "New Jersey Court"). *See Streicher v. Polk, et al.*, HUD-L-001853-23 (N.J. Super. Ct. Law Div.) (the "New Jersey Derivative Action");

WHEREAS, on June 7, 2023, the Parties entered into a Stipulation of Settlement to resolve the claims asserted in the Action, the New Jersey Derivative Action, and another action currently pending in this Court, *In re Newell Brands Inc. Derivative Litigation*, Lead Case No. 1:18-cv-01696-CFC (D. Del.) (the "Derivative Settlement"); and

WHEREAS, after notice to Newell's shareholders following which there were no objections to the Derivative Settlement, the New Jersey Court entered an order finally approving the Derivative Settlement on August 25, 2023.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to approval of this Court, as follows:

1. The Action shall be dismissed with prejudice.

Dated: September 1, 2023

Respectfully submitted,

**MCCOLLOM D' EMILIO SMITH UEBLER LLC**

By: */s/ Thomas A. Uebler*
Thomas A. Uebler (Bar No. 5074)
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, DE 19808
Telephone: (302) 469-5960

OF COUNSEL:

Melinda A. Nicholson
Nicolas Kravitz (Bar No. 6107)
KAHN SWITCK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400

Roger Sachar
NEWMAN FERRARA LLP
1250 Broadway
27th Floor
New York, NY 10001
Telephone: (212) 619-5400

*Counsel for Plaintiffs Larry R. Weber and Jamie E. Butcher-Weber*

Dated: September 1, 2023  **RICHARDS LAYTON & FINGER, PA**

By: <u>/s/ Travis S. Hunter</u>
Travis S. Hunter
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7564
Facsimile: (302) 651-7701
Email: hunter@rlf.com

OF COUNSEL:

B. Warren Pope
Bethany M. Rezek
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: wpope@kslaw.com
Email: brezek@kslaw.com

*Counsel for Defendants Michael B. Polk, John K. Stipancich, Scott H. Garber, Bradford R. Turner, Michael T. Cowhig, Thomas E. Clarke, Kevin C. Conroy, Scott S. Cowen, Domenico De Sole, Cynthia A. Montgomery, Christopher D. O'Leary, Jose Ignacio Perez-Lizaur, Michael A. Todman, Raymond G. Viault, James L. Cunningham III, Patrick D. Campbell, Bridget Ryan Berman, James R. Craigie, Brett Icahn, Jay L. Johnson, Gerado I. Lopez, Courtney R. Mather, Ravi Saligram, Judith A. Sprieser, Robert A. Steele, and Steven J. Strobel and Nominal Defendant Newell Brands Inc.*

Dated: September 1, 2023                    **GREENBERG TRAURIG, LLP**

                                         By:    */s/ Steven T. Margolin*
                                                 Steven T. Margolin
                                                 222 Delaware Avenue
                                                 Suite 1600
                                                 Wilmington, Delaware 19801
                                                 Telephone: (302) 661-7376
                                                 Facsimile: (302) 661-7360
                                                 Email: margolins@gtlaw.com

                                                 OF COUNSEL:

                                                 Joel M. Eads
                                                 GREENBERG TRAURIG, LLP
                                                 1717 Arch Street
                                                 Suite 400
                                                 Philadelphia, Pennsylvania 19103
                                                 Telephone: (215) 988-7856
                                                 Facsimile: (215) 988-7801
                                                 Email: eadsj@gtlaw.com

                                                 *Counsel for Defendants Ian G.H. Ashken, Martin E. Franklin, and Ros L'Esperance*

~~[PROPOSED]~~ **ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: September 5, 2023            /s/ Colm F. Connolly
                                                  HONORABLE COLM F. CONNOLLY
                                                  UNITED STATES DISTRICT JUDGE